

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

March 23, 2022

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*This request is granted. The initial pretrial conference scheduled for March 30, 2022 is adjourned to May 18, 2022 at 10:00 a.m. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.*

*SO ORDERED.*
*Date: March 23, 2022*
*New York, New York*

JOHN P. CRONAN
United States District Judge

    Re:    *Negron v. Top Class Management Inc., et al. (21-cv-8457)(JPC)*
             *Letter Motion – Request to Adjourn Initial Conference*

Dear Judge Cronan,

    We represent Defendants in the above-referenced matter. The Parties submit this joint request to adjourn the initial conference, scheduled for March 30, 2022 at 11:30am, until after the upcoming scheduled settlement conference. The Court referred this case to mediation (Dkt. No. 26) and the parties scheduled a mediation date with Mediator Edmund Donovan. The Mediation was initially scheduled for March 22, 2022, but has been re-scheduled for May 12, 2022 to allow Defendants additional time to gather records.

    The Parties request that the initial conference set for next week be adjourned until after May 12, 2022, the date of the mediation. If mediation is successful, the Parties will inform the Court and if unsuccessful, the Parties will proceed with the initial conference.

    We thank the Court for its time and attention.

                              Respectfully submitted,
                              /s/ Joey Tsai
                              Joey Tsai
                              *Attorney for Defendants*

cc:    Delmas A. Costin, Jr., Esq. (VIA ECF)