

Joey Tsai | T. 646.829.9001
535 5th Avenue | F. 646.829.9002
Fourth Floor | jtsai@tsaipllc.com
New York, NY 10017 | www.tsaipllc.com
Admitted to practice law in New York and New Jersey

May 12, 2022

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Negron v. Top Class Management Inc., et al. (21-cv-8457)(JPC)*
     *Letter Motion – Second Request to Adjourn Initial Conference*

Dear Judge Cronan,

  We represent Defendants in the above-referenced matter. The Parties submit this joint request to adjourn the initial conference, scheduled for May 18, 2022 at 10:00am, until after June 7, 2022. This matter was scheduled for an in-person mediation conference on May 12, 2022 but the mediation session was unable to proceed due to a positive COVID diagnosis from one of the individual Defendants. Counsel for the Parties and the Mediator have rescheduled the mediation session for June 7, 2022.

  For the above stated reasons, the Parties request that the initial conference set for next week be adjourned until after June 7, 2022, the date of the mediation. If mediation is successful, the Parties will inform the Court and if unsuccessful, the Parties will proceed with the initial conference. This is the second request for an adjournment and will not prejudice any Parties.

  We thank the Court for its time and attention.

              Respectfully submitted,
              /s/ Joey Tsai
              Joey Tsai
              *Attorney for Defendants*

The request is granted. The Initial Pretrial Conference previously scheduled for May 18, 2022, Dkt. 30, is adjourned to June 15, 2022 at 10:30 a.m. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.

SO ORDERED.
Date: May 16, 2022
New York, New York

      JOHN P. CRONAN
      United States District Judge