```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANNETTE NEGRON,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :         21 Civ. 8457 (JPC)
                -v-                                                    :
                                                                       :              ORDER
TOP CLASS MANAGEMENT, INC. et al.,                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 27, 2023, the former counsel to Plaintiff Jannette Negron, Delmas A. Costin, Jr., filed a suggestion of death upon the record, which stated that Ms. Negron had passed away in late 2022. Dkt. 44. Following an Order of the Court, *see* Dkt. 46, Mr. Costin submitted a further letter informing the Court that Ms. Negron died intestate, and that none of her heirs presently wishes to continue this case. Dkt. 47. Because Ms. Negron has passed away, and because there appears to exist no potential substitute for her as plaintiff in this action, this case is hereby DISMISSED, and the Clerk of Court is respectfully directed to close this case. However, the Court will reconsider its dismissal should Ms. Negron's successor or representative move to substitute pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: July 5, 2023                                 _____
       New York, New York                                   JOHN P. CRONAN
                                                         United States District Judge